```
              UNITED STATES DISTRICT COURT FOR THE
                    DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

       v.                         07-cr-22-01-JD

<u>Brandon Prewara</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 14) filed by defendant Prewara is granted.  Trial is also continued as to co-defendant David Couture unless an objection is filed by Monday, April 9, 2007.

Both defendants shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3131(h)(8)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                        /s/ Joseph A. DiClerico, Jr.
                                                        Joseph A. DiClerico, Jr.
                                                        United States District Judge

Date:  April 3, 2007

cc:  Patrick Richard, Esq.
     Jaye Rancourt, Esq.
     Robert Veiga, Esq.
     U.S. Marshal
     U.S. Probation