UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                          Criminal No. 07-cr-22-02-JD

Brandon Prewara

O R D E R

The assented to motion to reschedule jury trial (document no. 24) filed by defendant is granted.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3131(h)(8)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                /s/ Joseph A. DiClerico, Jr.
                                                Joseph A. DiClerico, Jr.
                                                United States District Judge

Date: August 20, 2007

cc:   Jaye Rancourt, Esq.
      Patrick J. Richard, Esq.
      Robert J. Veiga, Esq.
      U.S. Marshal
      U.S. Probation